UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ANTHONY W. GREEN,

                Plaintiff,                **ORDER**

      -against-                06 CV 1836 (RJD) (LB)

THE CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------X
DEARIE, Chief Judge.

The Court has reviewed the Report & Recommendation of Magistrate Judge Lois Bloom, dated September 22, 2009 (Dkt. No. 60). Objections to the Report & Recommendation were due by October 9, 2009. No objections have been filed. The Court hereby adopts the Report & Recommendation without qualification, and accordingly grants defendants' motion for summary judgment in its entirety. The Clerk is directed to close this case.

SO ORDERED.

Dated: Brooklyn, New York
       October 14, 2009

                                          s/ Judge Raymond J. Dearie

                                          RAYMOND J. DEARIE
                                          United States District Judge